Michael Yucevicius, Bar ID 022104
2020 North Central Avenue, Suite 1010
Phoenix, Arizona 85004
Phone: 602-761-9889 ext. 104
Fax: 602-687-8993
E-mail: myucevicius@mylawyeraz.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-03-0877-PHX-JAT |
| Plaintiff, ) | **DEFENDANT'S DISPOSITION HEARING MEMORANDUM** |
| vs. ) | |
| Kelley McNaughton, ) | |
| Defendant. ) | |

Kelley McNaughton, by and through counsel undersigned, hereby submits this memorandum to assist the Court in determining an appropriate disposition in this matter. For the reasons stated below, it is respectfully requested that the Court extend the term of supervised release as an appropriate disposition.

A Petition to Revoke Supervised Release (hereinafter Petition) was filed in this matter on March 23, 2009 based primarily upon alleged conduct by Kelley McNaughton earlier in March 2009. As a result of the same conduct, Ms. McNaughton was prosecuted on state charges in the Maricopa County Superior Court under case number CR2009-048167-001 SE. Ultimately, on April 22, 2011, Ms. McNaughton was convicted of two felony counts, misconduct involving

weapons and theft, after having served 778 days of Presentence Incarceration. She was sentenced to 8.5 years in prison for the theft charge and a four year "probation tail" on the misconduct involving weapons charge.

Thereafter, Kelley McNaughton was released from prison on or about June 24, 2016. Upon release, Ms. McNaughton was transferred to federal custody to answer the instant Petition. At a Detention Hearing following her Initial Appearance, Magistrate Judge Duncan ordered Ms. McNaughton's release to the third party custody of her mother and to Michael Eby, a U.S. Department of Defense employee. Ms. McNaughton and Mr. Eby had become acquainted while Ms. McNaughton was in state prison. Additionally, Ms. McNaughton is currently under the supervision of the U.S. Probation Office and the Maricopa County Adult Probation Office, in conjunction with the Pima County Adult Probation Office.

Importantly, since her release from custody, Kelley McNaughton has sought and obtained employment. Specifically, she is currently an independent contractor driver for VIP Taxi in Tucson. Furthermore, upon the recommendation of the Pima County probation office, Ms. McNaughton has become involved with the Alano Club, Inc., a program in Tucson that is assisting with her continued recovery from substance abuse issues. Notably, Ms. McNaughton has been subject to random urinalysis testing under her state probation grant and thus far, all tests have been negative.

Therefore, notwithstanding the serious nature of the Petition, it is urged that Kelley McNaughton should be reinstated to supervised release. Ms. McNaughton has essentially served an 8.5 year prison sentence as punishment for the conduct that led to this Petition. While in state prison, Ms. McNaughton engaged in available substance abuse counseling and occupational training. Judge Duncan took a chance on Ms. McNaughton and she is now following through on the positive aspects of her prison experience in a productive manner. Additionally, Ms. McNaughton is working strenuously on her personal relationships with Michael Eby and with her mother, who is a breast cancer survivor. And, Ms. McNaughton is also currently dealing with the deleterious effects of scabies, a contagious skin infestation which she acquired while in state prison.

Consequently, taking into consideration all of the facts and circumstances, Kelley McNaughton should not be returned to prison. It appears that Ms. McNaughton is now taking the nascent steps necessary to become a productive member of society. Of course, it will not be easy. However, under the supervision of both the U.S. Probation Office and the state probation department, there is double the necessary structure to keep Ms. McNaughton on the right path. Ms. McNaughton is well aware that should she run afoul of the law again, she will face potentially consecutive (and lengthy) federal and state prison sentences.

Accordingly, for all of the reasons stated above it is respectfully requested that Kelley McNaughton be continued on supervised release with such terms as deemed necessary by the Court.

**RESPECTFULLY SUBMITTED** this 26th day of August, 2016

<u>s/ Michael Yucevicius</u>
Michael Yucevicius

I hereby certify that on August 26, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrant: Donald J. Pasayan.