```
_✓_ FILED        ___ LODGED
___ RECEIVED     ___ COPY

       JUL 24 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-03-00877-01-PHX-JAT |
|---|---|
| Plaintiff, | **CONSENT OF DEFENDANT** |
| v. | |
| Kelley McNaughton, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward with my

☐   Change of Plea Hearing

☒   Admission or Denial Hearing on Petition for Revocation of Probation or Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

DATED this 24th day of July, 2018.

X_____
Kelley McNaughton
Defendant

_____          _____
D. Stephen Wallin                  Donald Pashayan
Counsel for Defendant              Assistant U.S. Attorney